Karimova v Progressive Cas. Ins. Co. (2023 NY Slip Op 04891)

Karimova v Progressive Cas. Ins. Co.

2023 NY Slip Op 04891

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, MONTOUR, AND GREENWOOD, JJ.

745 CA 23-00608

[*1]MARIA KARIMOVA, PLAINTIFF-RESPONDENT,
v
PROGRESSIVE CASUALTY INSURANCE COMPANY, DEFENDANT-APPELLANT. 

HURWITZ FINE P.C., BUFFALO (STEVEN E. PEIPER OF COUNSEL), FOR DEFENDANT-APPELLANT.
ROSENTHAL, KOOSHOIAN & LENNON, LLP, BUFFALO (PETER M. KOOSHOIAN OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Amy C. Martoche, J.), entered March 17, 2023. The order, inter alia, granted in part the motion of plaintiff to compel the disclosure of a certain prelitigation SUM claim file. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on August 24, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: September 29, 2023
Ann Dillon Flynn
Clerk of the Court